IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

RANDALL JOE HALL                                                                        PETITIONER
REG. #08287-045

V.                                         NO. 2:05CV00143 JWC

LINDA SANDERS, Warden,                                                              RESPONDENT
FCI, Forrest City, AR

## JUDGMENT

In accordance with the Court's Memorandum Opinion and Order entered this date, judgment is hereby entered denying this 28 U.S.C. § 2241 petition for writ of habeas corpus in its entirety, without prejudice.

IT IS SO ORDERED this 13th day of October, 2005.


_____
UNITED STATES MAGISTRATE JUDGE